People of State of Illinois, Defendant in Error, v. Sam Watts, Hazel Smith and Bernice Powell, Plaintiffs in Error.

Gen. No. 43,872–43,874. ▮

opinion filed February 3, 1947; released for publication February 17, 1947. Aaron H. Payne, for plaintiffs in error; James Y. Carter, of counsel; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, W. S. Miroslawski, Joseph A. Pope and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

Francesco D'Oranzo, Appellant, v. Mitchell Lacny, Appellee.

Gen. No. 43,894. ▮

opinion filed February 3, 1947; rehearing denied February 17, 1947; released for publication February 17, 1947. Joseph Barbera and A. V. Champagne, for appellant; Eckert & Peterson, for appellee; Harold W. Huff, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.